328 F.2d 622
 MARINE TOWING COMPANY, Inc., Appellant,
v.
FAIRBANKS, MORSE & COMPANY.
 No. 14539.
 United States Court of Appeals Third Circuit.
 Argued Jan. 23, 1964.
Decided March 12, 1964.
 
 George E. Beechwood, Philadelphia, Pa. (John V. Lovitt, Beechwood & Lovitt, Philadelphia, Pa., on the brief), for appellant.
 Francis Hopkinson, Philadelphia, Pa. (Charles J. Biddle, Duffield Ashmead, III, Drinker, Biddle & Reath, Philadelphia, Pa., on the brief), for appellee.
 Before BIGGS, Chief Judge, and FORMAN and GANEY, Circuit Judges.
 PER CURIAM.
 
 
 1
 We have considered the issues raised by the appellant. We find no substantial error in the proceedings in the court below. Accordingly, the judgment will be affirmed.